**Opinion issued February 13, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00490-CV

———————————

**ENI INTERNATIONAL RESOURCES LIMITED, Appellant**

**V.**

**JIMENA MOLINA-VACAS, INDIVIDUALLY AND AS
REPRESENTATIVE OF THE ESTATE OF FRANCISCO JAVIER VACAS,
DECEASED, MICHAEL VACAS, DAVID VACAS, AND NICOLE VACAS,
AS WRONGFUL DEATH BENEFICIARIES OF FRANCISCO JAVIER
VACAS, DECEASED, Appellees**

---

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2022-73740**

---

**MEMORANDUM OPINION**

Appellant has filed an unopposed motion to dismiss its appeal. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1).  No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Landau and Rivas-Molloy.